**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED

JUL 09 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.

INDICTMENT NO. 26-52-DLB-CJS
**18 U.S.C. § 922(g)(1)**

**ADAM LEE FIELDS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about June 16, 2026, in Boone County, in the Eastern District of Kentucky,

**ADAM LEE FIELDS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed a firearm, that is, a Ruger .380 caliber

pistol bearing serial number 380338739, and the firearm was in and affecting interstate

commerce, in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1.    By virtue of the commission of the felony offense alleged in this

Indictment, **ADAM LEE FIELDS** shall forfeit to the United States any and all firearms

and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C.

§ 922. Any and all interest that **ADAM LEE FIELDS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2.    The property to be forfeited includes, but is not limited to, the following:

a. Ruger .380 caliber pistol bearing serial number 380338739, and

b. All associated ammunition and accessories.

**A TRUE BILL**

**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**JOEL KING**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**        Mandatory special assessment of $100.

**PLUS:**        Restitution, if applicable.

**PLUS:**        Forfeiture of all listed property.